# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Leslie A. Snyder aka Leslie Alice Snyder :
: Chapter 13
                      Debtor :
:
U.S. Bank National Association, as Trustee, for : No. 18-01193 RNO
Manufactured Housing Contract Senior/Subordinate:
Pass-Through Certificate Trust 1998-8 :
:
                      Movant :
vs. :
:
Leslie A. Snyder aka Leslie Alice Snyder :
:
                      Respondent :
:
Carl Gelatt :
Charles J. DeHart, III :

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtors, by and through their undersigned Counsel, hereby responds to the Movant's Motion for Relief from the Automatic Stay as follows:

1-5. Admitted

6. Admitted in part and denied in part. While it is admitted that at the time of the filing of the Motion said post-petition payments were in arrears, the Debtor intends to cure said post-petition default either directly and/or through an amended plan.

7-9. The Debtor does not have information sufficient to form a belief as to the truth of the averments in these paragraphs. the same are therefore denied and strict proof is demanded at time of trial.

WHEREFORE, Debtor prays that the Motion be denied and such other relief as is just and equitable.

Respectfully submitted:

_____
Ronald V. Santora, Esq.   #35061
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, Pa  18704
Phone:  (570) 287-3660
Fax:  (570) 287-3666

2